MURPHY ET AL., APPELLANTS, *v.* HAFER, APPELLEE.

[Cite as Murphy *v.* Hafer (1985), 17 Ohio St. 3d 253.]

(No. 85-533—Decided June 12, 1985.)

*Thomas W. Fox,* for appellants.
*Hanhart, Miller & Kyler* and *William A. Kyler,* for appellee.

This cause on appeal from the court of appeals (case No. CA-1873) is reversed on authority of *Schaffter* v. *Ward* (1985), 17 Ohio St. 3d 79.

SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

CELEBREZZE, C.J., HOLMES and WRIGHT, JJ., dissent.